

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00443-CR

**IN RE** Javier Hipolito **ALVAREZ**

Original Proceeding[1]

PER CURIAM

Sitting:        Irene Rios, Justice
                  Lori Massey Brissette, Justice
                  Velia J. Meza, Justice

Delivered and Filed: July 23, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed his petition for writ of mandamus on July 9, 2025, challenging the jurisdiction of the lower court. Relator has not provided any evidence to support his claims and is not entitled to relief. The petition for writ of mandamus is **DENIED**.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2024-12-16744-CR, styled *State of Texas v. Javier Hipolito Alvarez*, pending in the 38th Judicial District Court, Uvalde County, Texas, the Honorable Camile Glasscock Dubose presiding.